STEVEN G. KALAR
Federal Public Defender
BRANDON M. LeBLANC
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700
Facsimile: (415) 436-7706
Email: brandon_leblanc@fd.org

Counsel for Defendant Latoya Jackson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATOYA JACKSON,<br><br>Defendant. | No. CR 13-00754 TEH<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING;** [PROPOSED] **ORDER**<br><br>Current Date: April 21, 2014<br>Proposed Date: April 14, 2014<br>Time: 2:30 p.m. |

    Defendant, Latoya Jackson, through her attorney of record, Assistant Federal Public Defender Brandon M. LeBlanc, requests that the sentencing hearing in her case be ADVANCED from April 21, 2014, to April 14, 2014, at 2:30 p.m.  The reason for this request is that defense counsel has become unavailable as he will be out of the district on that date.

    Assistant United States Attorney Matthew McCarthy has been contacted and has no objection to this request or the proposed date.  Pretrial Services Officer Sara Rizor Black has been contacted and is not opposed to this request or the proposed date.  Additionally, the parties are prepared to go forward and can/will timely file their sentencing papers.

                                            Respectfully submitted,

                                            STEVEN G. KALAR
                                            Federal Public Defender

                                            /s/

Dated: March 21, 2014                    BRANDON M. LeBLANC
                                            Assistant Federal Defender

Stip. Adv. Sentencinge; [Proposed] Order
*Jackson* – CR 13-00754 TEH

1     IT IS SO STIPULATED.

2 Dated: March 21, 2014          MELINDA HAAG
                                           United States Attorney

                                           /s

                                           MATTHEW McCARTHY
                                           Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

Upon the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing presently scheduled for April 21, 2014, at 2:30 p.m., shall be ADVANCED to **April 14, 2014, at 2:30 p.m.**

IT IS SO ORDERED.

Dated: 03/24/2014

*[Signature of Judge Thelton E. Henderson with United States District Court, Northern District of California seal]*